DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAREN SACCHETTI,**
Appellant,

v.

**BENIHANA NATIONAL OF FLORIDA, CORP.,**
Appellee.

No. 4D18-1103

[March 21, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE 15-021245 (21).

Chad E. Levy of Law Offices of Levy & Levy, P.A., Sunrise, for appellant.

Ingrid H. Ponce and Bayardo E. Aleman of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***